

# NUMBER 13-23-00345-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**IN THE MATTER OF THE MARRIAGE OF LETICIA MARIE GONZALES LOPEZ AND J. CARMEN LOPEZ IBARRA A/K/A JOSE CARMEN LOPEZ AND IN THE INTEREST OF N.R.L., A CHILD**

---

**On appeal from the 285th District Court
of Bexar County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's motion to dismiss appeal.[1] Appellant does not wish to prosecute the appeal and requests dismissal of this appeal, and appellee will not be prevented from seeking relief to which they would otherwise be entitled.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant, as there is no clear agreement between the parties regarding costs. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
12th day of October, 2023.